UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ENTREPRENEUR MEDIA, INC.,<br><br>       Plaintiff,<br><br>   v.<br><br>GARY WHITEHILL; WHITEHILL PARTNERS LLC; ENTREPRENEUR WEEK LLC; and DOES 1-10,<br><br>       Defendants. | Civil Action No. 13-cv-01819 (JAM)<br><br>August 26, 2015 |

## NOTICE OF VOLUNTARY DISMISSAL

      PLEASE TAKE NOTICE that Plaintiff Entrepreneur Media, Inc. hereby dismisses this action without prejudice against Defendant Gary Whitehill and Doe Defendants 1-10 pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

| | |
|---|---|
| Dated:  August 26, 2015 | Respectfully submitted,<br>/s/ Jennifer L. Barry (*pro hac vice*)<br>LATHAM & WATKINS LLP<br>12670 High Bluff Drive<br>San Diego, CA  92130<br>(858) 523-5400 / (858) 523-5400 Fax<br>*jennifer.barry@lw.com*<br><br>Jessica L. Bengels (ct29396)<br>7 Powder Horn Hill<br>Weston, Connecticut 06883*<br><br>LATHAM & WATKINS LLP<br>885 Third Avenue<br>New York, NY  10022-4834<br>(212) 906-1200 / (212) 751-4864 Fax<br>*jessica.bengels@lw.com*<br><br>(* for service of process)<br><br>Perry J. Viscounty (*pro hac vice*)<br>LATHAM & WATKINS LLP<br>650 Town Center Drive, 20th Floor<br>Costa Mesa, CA  92626-1925<br>(714) 540-1235 / (714) 755- Fax<br>*perry.viscounty@lw.com*<br><br>*Attorneys for Plaintiff*<br>ENTREPRENEUR MEDIA, INC. |

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2015, a copy of the foregoing **NOTICE OF VOLUNTARY DISMISSAL** was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

<pre>                                   /s/ Jennifer L. Barry  (<i>pro hac vice</i>)
                                   LATHAM & WATKINS LLP
                                   12670 High Bluff Drive
                                   San Diego, CA  92130
                                   Phone: (858) 523-5400
                                   Fax: (858) 523-5400
                                   Email: <i>jennifer.barry@lw.com</i></pre>