## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

ENTREPRENEUR MEDIA, INC.,
    Plaintiff,

    v.

GARY WHITEHILL, WHITEHILL
PARTNERS LLC, ENTREPRENEUR WEEK
LLC, DOES 1-10,
    Defendants.

No. 3:13-cv-01819 (JAM)

## DEFAULT JUDGMENT

This matter came for consideration before the Honorable Jeffrey Alker Meyer, United States District Judge.

On March 20, 2014, plaintiff filed a motion for default judgment (Doc. #17) against defendants Whitehill Partners LLC and Entrepreneur Week LLC. Judge Jeffrey Alker Meyer entered an Order (Doc. #19) on August 19, 2015, granting the motion for default judgment.

ORDERED, ADJUDGED and DECREED that judgment is entered in favor of plaintiff against defendants Whitehill Partners LLC and Entrepreneur Week LLC on the terms set forth in the Order Granting Default Judgment (Doc. #20).

In light of plaintiff's voluntary dismissal of this action as to defendants Gary Whitehill and Does 1-10 (Doc. #21), the case against those defendants is hereby dismissed without prejudice.

This case is closed.

Dated at New Haven, Connecticut this 27th day of August 2015.

ROBIN D. TABORA, Clerk

By /s/ Yelena Gutierrez
Yelena Gutierrez
Deputy Clerk

EOD:  August 27, 2015